```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ERIC JOHNSON,                                  :
                                               :
                            Plaintiff,         :
                                               :     21-CV-3659(VEC)
              -against-                        :
                                               :     ORDER
STELLA AND BOBBIE LLC,                         :
                                               :
                            Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 25, 2022, the Court awarded default judgment against Defendant for failure to appear, *see* Dkt. 61; and

      WHEREAS on April 15, 2022, Plaintiff filed a memorandum of law in support of an inquest on damages, *see* Dkt. 68;

      IT IS HEREBY ORDERED that Plaintiff is awarded a total of $105,000 in statutory damages ($100,000 for willful infringement of the Copyright Act, *see* 17 U.S.C. § 504(c)(2), plus $2,500 for each violation of Section 1202, *see id.* § 1203(c)(3));

      IT IS FURTHER ORDERED that Plaintiff is awarded prejudgment interest on the statutory damages award to be calculated from the date of the filing of this action to the date of entry of judgment, in accordance with the rate set forth in 28 U.S.C. § 1961;

      IT IS FURTHER ORDERED that Plaintiff is awarded $8,094 in attorneys' fees and costs.

      The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

**Date:  May 18, 2022**
       **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**