USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ERIC JOHNSON,                                  :
                                               :
                        Plaintiff,             :
                                               :                 21-CV-3659(VEC)
            -against-                          :
                                               :                 JUDGMENT
STELLA AND BOBBIE LLC,                         :
                                               :
                        Defendant.             :
-------------------------------------------------------------  :
                                               :
                                               X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 25, 2022, the Court awarded default judgment against Defendant for failure to appear, *see* Dkt. 61; and

WHEREAS on April 15, 2022, Plaintiff filed a memorandum of law in support of an inquest on damages, *see* Dkt. 68; and

WHEREAS on May 18, 2022, the Court issued an Order awarding Plaintiff $105,000 in statutory damages ($100,000 for willful infringement of the Copyright Act, *see* 17 U.S.C. § 504(c)(2), plus $2,500 for each violation of Section 1202, *see id.* § 1203(c)(3)); prejudgment interest on the statutory damages award to be calculated from the date of the filing of this action to the date of entry of judgment, in accordance with the rate set forth in 28 U.S.C. § 1961; and $8,094 in attorneys' fees and costs, *see* Dkt. 72.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to issue an Entry of Judgment reflecting the Court's Order at docket entry 72.

**SO ORDERED.**

Date: August 9, 2022                                     _____
       New York, NY                                           **VALERIE CAPRONI**
                                                              **United States District Judge**