UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC JOHNSON,

                Plaintiff,

  -against-                                      21 **CIVIL** 3659 (VEC)

                                                               **JUDGMENT**

STELLA AND BOBBIE LLC,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Amended Order dated September 7, 2022, Plaintiff is awarded $105,000 in statutory damages ($100,000 for willful infringement of the Copyright Act, see 17 U.S.C. § 504(c)(2), plus $2,500 for each violation of Section 1202, see id. § 1203(c)(3)); prejudgment interest of nine percent (9%) on the statutory damages award to be calculated from the date of the filing of this action to May 18, 2022, the date of entry of judgment, in the amount of $2,899.73; and $8,094 in attorneys' fees and costs.

**Dated:**  New York, New York

       September 7, 2022

                                                           **RUBY J. KRAJICK**

                                                                 Clerk of Court

                          **BY:**      *K. Mango*

                                                                   Deputy Clerk